**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SHAWN YIELDING,                                                                                               PLAINTIFF
ADC #118018

v.                                          5:11-cv-00261-SWW-JTK

CORRECTIONAL MEDICAL
SERVICES, et al.                                                                                              DEFENDANTS

**ORDER**

Plaintiff originally filed this action on October 3, 2011 (Doc. No. 2).  The Court notes that as of this date, Defendant Arlene Moskovich has not been served, despite three attempts (Doc. Nos. 11, 26, 30).  According to FED.R.CIV.P. 4(m), a Defendant must be served within 120 days of the filing of the Complaint, and **after notice to the plaintiff**, the Court "must dismiss the action without prejudice against that Defendant or order that service be made within a specified time..."  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall have one last opportunity in which to provide a present address on Arlene Moskovich within thirty days of the date of this Order.  Failure to provide such or obtain service on Defendant Moskovich shall result in her dismissal from Plaintiff's Complaint.

IT IS SO ORDERED this 11th day of January, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE