# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| SHAWN YIELDING, <br> ADC #118018, <br><br>　　　　Plaintiff, <br> v. <br><br> CORRECTIONAL MEDICAL SERVICES; <br> *et al.*, <br><br>　　　　Defendants. | * <br> * <br> * <br> * <br> * <br> *　No. 5:11-cv-00261-SWW-JJV <br> * <br> * <br> * <br> * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.　Plaintiff's Motion for Preliminary Injunction (Doc. No. 42) is DENIED.

DATED this 20th day of March, 2012.

　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE