IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| SHAWN YIELDING, ADC #118018, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 5:11-cv-00261-SWW-JJV |
| CORRECTIONAL MEDICAL SERVICES; | * |
| *et al.*, | * |
| Defendants. | * |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Deem Admitted (Doc. No. 62) is DENIED as moot.

2. The Motion for Summary Judgment (Doc. No. 59) filed by Defendants Anderson, Austin, Esaw, Moskovich, and Warren is GRANTED.

  A. Plaintiff's claims against Defendants Moskovich and Esaw are DISMISSED without prejudice.

  B. Plaintiff's claims against Defendants Anderson, Austin, and Warren are DISMISSED with prejudice.

**Plaintiff's claims against Defendant Wendy Kelly remain**.

IT IS SO ORDERED this 20th day of August, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE