**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SHAWN YIELDING, ADC #118018,          *
                                      *
                    Plaintiff,        *
v.                                    *
                                      *          No. 5:11-cv-00261-SWW-JJV
CORRECTIONAL MEDICAL SERVICES;        *
*et al.*,                             *
                                      *
                    Defendants.       *

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendant Kelley's Motion for Summary Judgment (Doc. No. 73) is GRANTED.

DATED this 8th day of January, 2013.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE